**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**NAKENYA CARTWRIGHT**                                                                   **PLAINTIFF**

**VS.**                                                 **CIVIL ACTION NO.: 4:14-cv-57-GHD-JMV**

**STATE FARM MUTUAL AUTOMOBILE**                                 **DEFENDANTS**
**INSURANCE COMPANY, et al.**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the court pursuant to L. U. Civ. R. 16(b)(1)(B).  The rule

provides that

> [a] motion to remand . . . will stay the attorney conference and
> disclosure requirements and all discovery not relevant to the
> remand . . . issue and will stay the parties' obligation to make
> disclosures pending the court's ruling on the motion[]. . . .

The plaintiff filed a motion to remand [11] on May 8, 2014.  Accordingly, it is

**ORDERED:**

That the above noted proceedings and the case management conference are hereby

**STAYED** pending a decision on the motion to remand.  The parties shall notify the undersigned

magistrate judge within ten (10) days of the court's ruling in the event the motion to remand is

denied.

**SO ORDERED**, this the 19th day of May, 2014.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**