IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

NAKENYA CARTWRIGHT                                                                                          PLAINTIFF

VS.                                                                    CIVIL ACTION NO.: 4:14-cv-57-GHD-JMV

STATE FARM MUTUAL AUTOMOBILE                                                                     DEFENDANTS
INSURANCE COMPANY, et al.

## ORDER

This matter is before the court on Defendant State Farm Mutual Automobile Insurance Company's Motion to Sever [9], filed May 7, 2014. On May 8, 2014, Plaintiff filed a Motion [11] to Remand this action to state court. Accordingly, the issue of severance is not ripe until the court has denied the Motion to Remand. As such, the Motion to Sever will be terminated as premature. Defendant may re-urge the motion in the event the Motion to Remand is denied.

**SO ORDERED**, this the 9th day of June, 2014.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**