IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**NAKENYA CARTWRIGHT**                                                **PLAINTIFF**

**VS.**                                             **CIVIL ACTION NO.: 4:14-cv-57-GHD-JMV**

**STATE FARM MUTUAL AUTOMOBILE**                          **DEFENDANTS**
**INSURANCE COMPANY, et al.**

## ORDER LIFTING STAY

This matter is before the court consistent with an order [14] entered on May 19, 2014, staying this case pending a ruling on the motion to remand. The motion to remand was granted as to Defendant Valerie Sproull but denied as to Defendants State Farm Mutual Automobile Insurance Company and State Farm Insurance Company. Accordingly, this action may proceed against the remaining Defendants.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a case management conference will be set by further notice of the court.

**SO ORDERED**, this the 9th day of December, 2014.

                                                         /s/ Jane M. Virden
                                                         **UNITED STATES MAGISTRATE JUDGE**