# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| Nakenya Cartwright | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:14cv57-GHD |
| State Farm Mutual Automobile Insurance Company | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __State Farm Mutual Automobile Insurance Co__ recover costs from the plaintiff *(name)* __Nakenya Cartwright__.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge __Glen H. Davidson__ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 6/20/17

David Crews,
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*